UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| PATIENT A, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNITED HEALTH GROUP, INC., a Minnesota corporation; UNITED HEALTHCARE SERVICES, INC., a Minnesota corporation; UNITED HEALTHCARE INSURANCE COMPANY, INC., a Connecticut corporation; OPTUMINSIGHT, INC., a Delaware corporation; CHEVRON CORPORATION, a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.  13-CV-08113 R (VBKx)<br><br>**ORDER DENYING ENTRY OF PRELIMINARY INJUCTION**<br><br><br><br>[Trial Date:　　None Set] |

1   Plaintiff Patient A's Motion for a Preliminary Injunction (the "Motion") came
2   on for a hearing on November 21, 2013 at 10:00 a.m. pursuant to an Order to Show
3   Cause issued by the Court.  Having considered the Motion and the Memorandum of
4   Points and Authorities in Support Thereof, together with all the evidence presented, the
5   Opposition and supporting documents submitted by Defendants, the pleadings and files
6   in this action, and the arguments of counsel, the Court finds that Plaintiff has not
7   demonstrated a likelihood of success on the merits and therefore has not made the
8   necessary showing for issuance of a preliminary injunction.
9   NOW THEREFORE, IT IS HEREBY ORDERED that the Motion be, and
10  hereby is, DENIED.

12  **IT IS SO ORDERED**

14  Dated: January 16, 2014

16  Honorable Manuel L. Real
17  **United States District Judge**

# PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       ) ss
COUNTY OF ORANGE       )

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is 101 Enterprise, Suite 350, Aliso Viejo, CA 92656.

On January 16, 2014, I served the foregoing document described as

**[PROPOSED] ORDER DENYING ENTRY OF PRELIMINARY INJUCTION**

on all interested parties in this action as follows (or as on the attached service list):

| | |
|---|---|
| DARON L. TOOCH<br>KATHERINE M. DRU<br>ERIC D. CHAN<br>**HOOPER, LUNDY & BOOKMAN, P.C.**<br>1875 Century Park East, Suite 1600<br>Los Angeles, California 90067-2517 | E-Mail:<br>dtooch@health-law.com<br>kdru@health-law.com<br>echan@health-law.com |

☒    BY CM/ECF NOTICE OF ELECTRONIC FILING: I electronically filed the document(s) with the Clerk of the Court by using the *CM/ECF* system. Participants in the case who are registered *CM/ECF* users will be served by the *CM/ECF* system. Participants in the case who are not registered *CM/ECF* users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 16, 2014, at Aliso Viejo, California.

Jessica M. Ridley